## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 07-3024-K-01 |
| **ROSA ALEJANDRA LUNA-SORIANO,** | ) ) | |
| Defendant. | ) | |

### ORDER

Upon Motion filed by the United States of America, it is hereby

ORDERED that the Complaint filed in the above entitled case is dismissed.

Date: 8/11/10

/s/ *William A. Knox*
_____
**WILLIAM A. KNOX**
United States Magistrate Judge